THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00317-MR-DLH

| | |
|---|---|
| HELEN M. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| SENIOR CARE GROUP, INC., RED ) | |
| RIVER REHABILITATION, LLC, d/b/a ) | |
| TRANSITIONS REHABILITATION ) | |
| and SENIOR CARE GROUP OF ) | |
| McDOWELL, LLC, d/b/a SUNRISE ) | |
| REHABILITATION & CARE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Motion for Summary Judgment [Doc. 17] and the mediator's report advising that the parties have settled this matter. [Doc. 24].

In light of the parties' settlement, the Defendants' Motion for Summary Judgment will be denied without prejudice. The Court further will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Summary Judgment [Doc. 17] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: October 22, 2015

Martin Reidinger
United States District Judge